No. 82–6785.   RONAN v. BRIGGS ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–6786.   PITTMAN v. LOUISIANA.   Ct. App. La., 1st Cir. Certiorari denied.

No. 82–6787.   GANT v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 82–6792.   GANCI v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–6793.   HALL v. CUYLER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6801.   PARKER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–6803.   ROBINSON v. JOHNSON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–6804.   WINTREY v. BREED, T/A BREED & ASSOCIATES, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6807.   JACKSON v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 82–6809.   ROSE v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 82–6813.   BROWN v. BALILES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6814.   DOMINIQUE v. GREER, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 82–6817.   MOTTOLA v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 82–6819.   NELL v. DUNHAM, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 82–6820.   STOKES v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.